U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 2 8 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| MALIK ALQADR IHSAN | CIVIL ACTION NO. 05-0734-A |
|---|---|
| -vs- | JUDGE DRELL |
| TIMOTHY WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## ORDER

The relief sought in the document titled "Opposition to Magistrate's Entries of Orders," which was properly docketed by the Clerk of Court as an Appeal from Magistrate's Ruling (Document No. 16) is DENIED.

SIGNED on this 22nd day of November, 2005, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE